UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ᴍᴍ

05 APR 14 PM 1: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U. S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF RE-SETTING
### Before Judge Tu M. Pham, United States Magistrate Judge

April 14, 2005

RE:   04cv2988-D/P
      David Foucault -v- The Lasik Vision Institute, et al

Dear Sir/Madam:

A **SCHEDULING CONFERENCE:** pursuant to Rule 16(b) of the Federal Rules of Civil Procedure set before **Magistrate Judge Tu M. Pham** has been **RE-SET** from Thursday, April 14, 2005 at 10:30 A.M. to **THURSDAY, JUNE 9, 2005 at 10:30 A.M. in Courtroom 6, 3rd floor of the Federal Building, Memphis, Tennessee.**

Please submit a joint proposed Scheduling Order to Judge Pham's chambers three (3) days before the date of the conference. If the order is approved, the conference will be canceled and you will be notified. If you are not notified prior to the scheduling conference that your order has been approved, then counsel must appear at the conference.

*Out of town counsel may appear in person or via telephone. If counsel wish to participate via telephone, advance written notice, including the telephone number where you can be reached, must be submitted to Magistrate Judge Pham's chambers within three (3) business days prior to the hearing.*

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Wendy Warren*
Wendy Warren, Case Manager
901-495-1218



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT