IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAVID FOUCAULT,

   Plaintiff,

VS                                              NO.   2:04-CV-02988 BBD

THE LASIK VISION INSTITUTE, et al

   Defendants.

### ORDER GRANTING EXTENSION OF TIME

Upon the Motion of Defendant Ken M. Son and Ken M. Son, P.C. (a non-entity), it is hereby ordered that the Defendant shall have an additional 30 days or until and including July 22, 2005 in which to respond to the Complaint.

**ALL OF WHICH IS THEREFORE, ORDERED, ADJUDGED AND DECREED.**

_____
JUDGE

DATED: June 20, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W. Leach
LAW OFFICE OF JOHN W. LEACH
1928 Walworth Court
Germantown, TN 38138

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT