IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 3: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DAVID FOUCAULT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-2988-D/P</u> |
| | ) | |
| THE LASIK VISION INSTITUTE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' RULE 15 MOTION FOR LEAVE OF COURT TO AMEND PLEADINGS

---

Before the court is Plaintiffs' Rule 15 Motion for Leave of Court to Amend Pleadings, filed August 1, 2005 (dkt #25). A review of the record reveals that the plaintiffs did not file a certificate of consultation with their motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, plaintiffs' motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

The plaintiffs may renew their motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____

TU M. PHAM
United States Magistrate Judge

_August 3, 2005_____
Date

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W. Leach
LAW OFFICE OF JOHN W. LEACH
1928 Walworth Court
Germantown, TN 38138

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT