FILED BY ⟳ D.C.

05 SEP -1 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAVID FOUCAULT and JEANNINE FOUCAULT,
Individually and as Husband and Wife,

    Plaintiffs,

VS.                              CIV. NO. 04-2988 –D / P

THE LASIK VISION INSTITUTE,
ET AL,

    Defendants.

ORDER GRANTING
PLAINTIFFS' RULE 15 MOTION FOR LEAVE OF COURT
TO AMEND PLEADINGS

This matter came on to be heard upon the Motion of Plaintiffs for Leave of Court to Amend Pleadings to reflect the correct names of Defendants, Janice Doe and Rebecca Doe Denial of the Motion by the Court, and the resubmission of Plaintiffs' Motion for Leave of Court to Amend Pleadings with Certificate of Consultation pursuant to LR 7.2, and the entire record in this cause, from all of which, the Court finds that Plaintiffs' Motion for Leave of Court to Amend Pleadings to reflect the correct names of the Defendants, Janice Doe and Rebecca Doe, is well taken and should be granted.

**IT IS THERFORE, ORDERED, ADJUDGED, AND DECREED BY THE COURT** that the Defendants, Janice Biava, Laser Operator be and is hereby substituted in the place and stead of Janice Doe, Laser Operator with the Defendant, Janice Doe, P.C., Laser Operator dismissed based on the facts presented by defense counsel that no corporation exist for the Defendant, Janice Biava.

1

**IT IS THERFORE, ORDERED, ADJUDGED, AND DECREED BY THE COURT** that the Defendants, Rebecca Albannaw, Keratome Technician, be and is hereby substituted in the place and stead of Rebecca Doe, Keratome Technician, with the Defendant, Rebecca Albannaw, P.C., Keratome Technician, dismissed based on the facts presented by defense counsel that no corporation exist for the Defendant, Rebecca Albannaw.

TU M. PHAM
United States Magistrate Judge
Entered: September 1, 2005

APPROVED FOR ENTRY:

Louis P. Chiozza, Jr.         (#8871)
John W. (Jack) Leach          (#8701)
Attorneys for Plaintiffs
230 Adams Avenue
Memphis, TN 38103

Donna L. Boyce               (#17039)
Thomas R. Prewitt, Jr.        (#8109)
Attorneys for Defendant, Dr. Insler
80 Monroe Avenue, Suite 700
Memphis, TN 38103

Elizabeth T. Collins         (#013193)
Elizabeth S. Alrutz           (13953)
Attorneys for Defendants, Lasik Vision
Janice Biava and Rebecca Albannaw
2900 One Commerce Square
Memphis, TN 38103

John Barry Burgess            (#7255)
Attorney for Defendant, Dr. Son
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

John W. Leach
LAW OFFICE OF JOHN W. LEACH
1928 Walworth Court
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT