FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 15 PM 2:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DAVID FOUCAULT and JEANNINE FOUCAULT,
Individually and as Husband and Wife,

    Plaintiffs,

VS.                      CIV. NO. 04-2988 –D / P

THE LASIK VISION INSTITUTE,
ET AL,

    Defendants.

## ORDER ALLOWING DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Plaintiffs are hereby allowed to dismiss this cause of action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and Plaintiffs retain the right to refile this Cause pursuant to the Tennessee Saving Statute, T.C.A. 28-1-105, within one year from the date of the entry of this Order.

**IT IS THEREFORE, ORDERED, ADJUGED AND DECREED:**

1.     The Plaintiffs be and are hereby allowed to dismiss this cause of action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure with Plaintiffs retaining the right to refile this cause of action pursuant to the Tennessee Saving Statute, T.C.A. 28-1-105, within one year from the date of the entry of this Order.

TU M. PHAM
United States Magistrate Judge
Entered: 11-9-2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/16/05

1

APPROVED FOR ENTRY:

_____
Louis P. Chiozza, Jr.        (#8871)
John W. (Jack) Leach         (#8701)
Attorneys for the Plaintiffs
230 Adams Avenue
Memphis, TN 38103


_____
Donna L. Boyce              (#17039)
Thomas R. Prewitt, Jr.      (#8109)
Attorneys for the Defendant, Dr. Insler
80 Monroe Avenue, Suite 700
Memphis, TN 38103


_____
Elizabeth T. Collins        (#013193)
Elizabeth S. Alrutz         (13953)
Attorneys for the Defendants, Lasik Vision
Janice Biava and Rebecca Albannaw
2900 One Commerce Square
Memphis, TN 38103


_____
John Barry Burgess          (#7265)
Attorney for the Defendant, Dr. Son
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W. Leach
LAW OFFICE OF JOHN W. LEACH
1928 Walworth Court
Germantown, TN 38138

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT