UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ⧸⧸⧸ D.C.

05 NOV 17 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**DAVID FOUCAULT and**
**and JEANNINE FOUCAULT,**
**Individually and as**
**Husband and Wife**

**v.**

**THE LASIK VISION INSTITUTE, et al.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2988-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Allowing Dismissal Without Prejudice To Rule 41 Of The Federal Rules Of Civil Procedure entered on November 16, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_[signature]_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

11-16-2005
Date

**THOMAS M. GOULD**
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02988 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W. Leach
LAW OFFICE OF JOHN W. LEACH
1928 Walworth Court
Germantown, TN 38138

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT